IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.J.A.W., | ) |
| | ) |
| *by and through his next friend,* | ) |
| *Marla A. Williams*, | ) |
| | ) CIVIL ACT. NO. 2:13cv157-MHT |
| Plaintiff, | )                    (WO) |
| | ) |
| v. | ) |
| | ) |
| Luther Strange, *Attorney General*, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the motion for extension of time filed by Marla A. Williams.  (Doc. 7).  Having considered the motion, and for good cause, it is

**ORDERED** that the motion for extension of time (Doc. 7) be and is hereby **GRANTED**.  Further, it is

**ORDERED** that **on or before May 16, 2013**, the parties may file objections to the Magistrate Judge's Recommendation (Doc. 6).  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The Magistrate Judge's Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the

District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); *see Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 22nd day of April, 2013.

                                     /s/Charles S. Coody
                                     CHARLES S. COODY
                                     UNITED STATES MAGISTRATE JUDGE