IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.J.A.W., | ) |
| | ) |
| *by and through his next friend,* | ) |
| *Marla A. Williams*, | ) |
| | ) CIVIL ACT. NO. 2:13cv157-MHT |
| Plaintiff, | ) (WO) |
| | ) |
| v. | ) |
| | ) |
| Luther Strange, *Attorney General*, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

A status conference was held in this case on May 29, 2013. For good cause, it is

**ORDERED** that the Order and Recommendation of the Magistrate Judge (Doc. 6) be and is hereby **WITHDRAWN**. It is further

**ORDERED** that, on or before **June 19, 2013,** J.J.A.W. shall file an amended complaint on his own behalf. The complaint, and all subsequent pleadings filed by J.J.A.W., shall identify J.J.A.W. by his *full name*, not by his initials. The complaint, and all subsequent pleadings filed by J.J.A.W., shall be signed by J.J.A.W. *personally* (or by his attorney if he obtains one) in accordance with Rule 11(a), Fed. R. Civ. P. It is further

**ORDERED** that, on or before **June 19, 2013,** J.J.A.W., or an attorney on his behalf, shall file a motion to proceed *in forma pauperis*.

**J.J.A.W. is advised that if he fails to file an amended complaint or motion to proceed *in forma pauperis* in accordance with this order, the court will treat his failure**

**to comply with this order as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this action be dismissed.**

Done this 29th day of May, 2013.

                                                      /s/Charles S. Coody
                                                      CHARLES S. COODY
                                                      UNITED STATES MAGISTRATE JUDGE