IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Jarien J.A. Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  2:13cv157-MHT |
| ) | (WO) |
| Luther Strange, *Attorney General*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the court is the motion to dismiss (Doc. 25) filed by the Defendant, Luther Strange, on July 10, 2013.  Upon consideration of the motion, and for good cause, it is

**ORDERED** that, on or before **August 1, 2013**, the Plaintiff shall show cause why the Defendant's motion to dismiss should not be granted.

**The plaintiff is advised that if he fails to respond to the defendant's motion to dismiss with specificity, the court will treat his failure to respond as an abandonment of the claims set forth in his complaint.  The plaintiff is further cautioned that if he fails to file a response to the motion to dismiss in accordance with the directives of this order, the court will recommend that this case be dismissed.**

Done this 11th day of July, 2013.

                                         /s/Charles S. Coody
                                   CHARLES S. COODY
                                   UNITED STATES MAGISTRATE JUDGE