IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERIEN J. A. WILLIAMS,       )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:13cv157-MHT
                             )            (WO)
LUTHER STRANGE,              )
Attorney General,            )
                             )
     Defendant.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that the Alabama Sex Offender Registration and Community Notification Act, 1975 Ala. Code § 15-20A-16(a) ("No adult sex offender shall contact, directly or indirectly, in person or through others, by phone, mail, or electronic means, any former victim."), impermissibly burdens his right to a relationship with his father.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for want of prosecution.  There are no objections to the

recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of September, 2013.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE